THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSE R. ALMONTE, U.S.M.J. |
| | : | |
| v. | : | CRIM. NO. 2:24-mj-10118 |
| | : | |
| ANDRE CARTER, | : | PROPOSED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| Defendant. | : | |

THIS MATTER having come before the Court on the application by defendant Andre Carter (Tatiana Nnaji, Esq., Assistant Federal Public Defender, appearing), for an order modifying conditions of bail; and the government (John Maloy, Esq., Assistant U.S. Attorney, appearing), having no objection to the request; and U.S. Pretrial Services consenting to the request; and for good cause shown;

WHEREFORE, it is on this __5__ day of June, 2025,

ORDERED that Mr. Carter's conditions of pretrial release are hereby MODIFIED to permit Mr. Carter to attend morning prayers for Eid Al-Adha at Columbian Park & Sheila Oliver Academy, 404 N. Grove Street, East Orange, NJ 07107 from 8AM to 10AM; and

IT IS FURTHER ORDERED that all other conditions of pretrial release that were previously entered shall remain in full force and effect.

.

_____
HONORABLE JOSE R. ALMONTE
UNITED STATES MAGISTRATE JUDGE